In the Matter of the Arbitration between Astrin Bros., Ltd., and Philip Kachurin, Doing Business under the Name of Kachurin Drug Co. In the Matter of the Arbitration between Philip Kachurin, Doing Business under the Name of Kachurin Drug Co., and Astrin Bros., Ltd.— Motion for leave to

appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 743.]